IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS CERVANTES KNIGHT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:05-CV-143-T |
| ) | WO |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on May 27, 2005, (Doc. # 3), that the motion to vacate, set aside, or correct sentence, filed by petitioner Marcus Cervantes Knight on February 9, 2005, be denied.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of June, 2005.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE