IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS CERVANTES KNIGHT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:05-CV-143-T |
| | ) | WO |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on May 24, 2005 (Doc. # 3), is adopted.

(2) The motion to vacate, set aside, or correct sentence filed by the petitioner on February 9, 2005 is denied.

(3) This case is dismissed, as petitioner has failed to obtain the requisite order from the Eleventh Circuit court of Appeals authorizing this court to consider a successive § 2255 motion.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of June, 2005.

                                                /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE